# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE RAMON PRADO, CARMEN
AWILDA CHARRIEZ, AND THE
CONJUGAL PARTNERSHIP
CONSTITUTED BY THEM,

Plaintiffs,

v.   CIVIL NO.: 97-1681(GG)

ORIENTAL FINANCIAL SERVICES
CORP., NATIONAL FINANCIAL
SERVICES CORPORATION AND
TOMAS E. COLON,

Defendants.

**ORDER**

Pending before us is defendant Oriental Financial Services Corp. ("Oriental") "Motion for Stay of Commonwealth Administrative Proceedings in order to protect and effectuate a prior judgment entered by this court". (Docket entry #9).

On October 16, 1997, we entered judgment in this case compelling the parties to arbitration. (Docket entry #8). Plaintiffs never appealed our decision, thus becoming the same final and binding. However, after almost three (3) years after having issued our judgment, on May 8, 2000, plaintiffs filed a grievance against defendants before the Office of the Financial Institutions Commissioner seeking the same redress as that sought in the above captioned action.

**WHEREFORE**, in view of the above, plaintiffs are **ORDERED TO**



AO 72A
(Rev.8/82)



Civil No. 97-1681 (GG) 2

**SHOW CAUSE** by **August 11, 2000,** why defendant's request for a stay of the administrative proceedings before the Office of the Financial Institutions Commissioner should not be granted.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of July, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge